194

**SEED LIGHTING DESIGN CO., LTD., Plaintiff–Appellant,**

v.

**HOME DEPOT, Trend Lighting Corp., and Hampton Bay Fan & Lighting Company, Defendants–Appellees.**

No. 05–1572.

United States Court of Appeals, Federal Circuit.

Oct. 27, 2005.

ORDER

Appellant having paid the initial docketing fee it is, ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

Appellant's brief is due within 30 days from the date of filing of this order.